| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:01CR00298-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** RECEIVED | DOCKET NUMBER *(Rec. Court)* 2:07cm 1258-WKW / 2:07cr 134-WKW |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: 2007 JUL 13 A 9:39 Valeria Rena Benson AKA: Valerie Renee Benson | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo United States District Court Southern District of Texas FILED JUL - 5 2007 Michael N. Milby, Clerk |
| | NAME OF SENTENCING JUDGE George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/13/2006 — TO 11/12/2011 |

**OFFENSE**

Possession with Intent to Distribute a Quantity in excess of 100 kilograms, that is 151.41 kilograms of Marihuana, in violation of Title 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(B).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS/Laredo Division</u>

   It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the District of Alabama Middle on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

11/17/06
Date

*George P. Kazen*
George P. Kazen
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Alabama Middle/Montgomery Division

   Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

6/7/07
Effective Date

United States District Judge

RECEIVED
JUN 0 8 2007
U.S. PROBATION OFFICE
MONTGOMERY, ALABAMA